IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY D. FULLER,

    Petitioner,

vs.

JEAN HILL,

    Respondent.

O R D E R
Civ. No. 05-506-TC

AIKEN, Judge:

Magistrate Judge Coffin filed his Findings and Recommendation on July 27, 2007. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Findings and Recommendation (doc. 32) that petitioner's Petition for Writ of Habeas Corpus (doc. 2) is

1 - ORDER

denied and this case is dismissed.

IT IS SO ORDERED.

Dated this _11_ day of September 2007.

                                           /s/ Ann Aiken
                                        Ann Aiken
                            United States District Judge

2 - ORDER